1  BENJAMIN B. WAGNER
   United States Attorney
2  KAREN A. ESCOBAR
   Assistant United States Attorney
3  2500 Tulare Street, Suite 4401
   Fresno, CA 93721
4  Telephone: (559) 497-4000
   Facsimile: (559) 497-4099
5  Attorneys for Plaintiff
   United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | CASE NOS. 1:02-CR-05259-DAD |
| | 1:06-CR-00151-DAD |
| Plaintiff, | |
| v. | GOVERNMENT'S MOTION TO DISMISS; ORDER |
| ALI MOHAMMAD MUSLEH, | |
| Defendant. | |

In light of the age of the above-captioned fugitive cases and at the request of the investigative agency, the United States of America, by and through its undersigned counsel, hereby moves for dismissal without prejudice of the above-captioned matter and requests that the arrest warrants that issued be recalled.

Dated: February 3, 2016

BENJAMIN B. WAGNER
United States Attorney

By: /s/ KAREN A. ESCOBAR
KAREN A. ESCOBAR
Assistant United States Attorney

**O R D E R**

IT IS SO ORDERED.

Dated: **February 3, 2016**

_____
UNITED STATES DISTRICT JUDGE